IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DYNO NOBEL, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>2:22-cv-00016-RJS<br><br>Chief District Judge Robert J. Shelby |

　　　IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Steadfast Insurance Company.

　　　SO ORDERED this 28th day of December, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge